U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form*

| | |
|---|---|
| PLAINTIFF: Julian Columbus, #893485 | COURT CASE NUMBER: A01CA 215 SS |
| DEFENDANT: Lois Arce, et al. | TYPE OF PROCESS: Civil |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Luis M. Arce

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): CCA, Bartlett State Jail, 1018 Arnold Drive, Bartlett TX 76511-0652

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Julian Columbus, #893485
Ramsey II Unit
1200 F.M. 655
Rosharon, TX 77583

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold — Fold

Serve copy of 4/12/01 Order and 4/2/01 Complaint.

| Signature of Attorney or other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] Rudy Moya | | 512-916-5896 x232 | 4/13/01 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS ~~Deputy or~~ Clerk | Date |
|---|---|---|---|---|---|
| | | No. 80 | No. 80 | [signature] Ryane Henkle | 4/13/01 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

FILED
MAY 01 2001
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY [signature] DEPUTY CLERK

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address *(complete only if different than shown above)* | Date of Service: 4/20/01 — Time: am / pm |
| | Signature of U.S. Marshal or Deputy: [signature] Ryane Henkle |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 8.00 | 4.58 | | 12.58 | | 12.58 | |

REMARKS: Sent Cert Mail 7099340000189376 1900
4/18/01

5

**PRIOR EDITIONS MAY BE USED**

**1. CLERK OF THE COURT**

**FORM USM-285 (Rev. 12/15/80)**

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7099 3400 0018 9376 1900

A01-215

| | |
|---|---|
| Postage | $ 1.18 |
| Certified Fee | 1.90 |
| Return Receipt Fee (Endorsement Required) | 1.50 |
| Restricted Delivery Fee (Endorsement Required) | |
| **Total Postage & Fees** | $ 4.58 |

AUSTIN TX DOWNTOWN STA APR 16 2001 USPS Postmark Here

*Recipient's Name (Please Print Clearly) (to be completed by mailer)* Luis Arce
*Street, Apt. No.; or PO Box No.* 1018 Arnold Drive
*City, State, ZIP+4* Bartlett, TX 76511-0650

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: A01-215
Luis Arce
1018 Arnold Drive
Bartlett, TX
76511-0650

***COMPLETE THIS SECTION ON DELIVERY***

A. Received by (*Please Print Clearly*) E Frazier
B. Date of Delivery 4-20-01
C. Signature X E Fraz
☐ Agent
☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Copy from service label)* 7099 3400 0018 9376 1900

PS Form **3811**, July 1999 Domestic Return Receipt 102595-00-M-0952